**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
District of New Jersey

Case number (If known): _____ Chapter 7

2418716

*U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED 2024 AUG 30 P 5: 12*

☐ Check if this is an amended filing

## Official Form 105
# Involuntary Petition Against an Individual
12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   James
   First name

   _____
   Middle name

   Smith
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   XXX – XX – 6 6 8 9    OR    9 XX – XX – __ __ __ __

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Official Form 105                       Involuntary Petition Against an Individual                       page 1

Debtor  **James Smith**                                    Case number (*if known*)

| | | |
|---|---|---|
| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |

2108 2nd ave
Number    Street

Number    Street

Toms river    NJ    08755
City    State    ZIP Code

City    State    ZIP Code

Ocean
County

**Principal place of business**

Number    Street

City    State    ZIP Code

County

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known _____
                                    MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known _____
                                    MM / DD / YYYY

Official Form 105        Involuntary Petition Against an Individual        page **2**

Debtor  **James Smith**                              Case number (if known)_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

Check one:

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Jose Rodreigus | Loan | $ 100,000.00 |
|  |  | $ |
|  |  | $ |
|  |  | Total  $ 100,000.00 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____    Case number (if known) _____
       Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| JOSE RODREIGUS | LOAN | $ 140,000 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 140,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

JOSE RODREIGUS
Name

480 FGNCON BLVD
Number   Street

CLIFTON        NJ      07014
City           State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/30/24
            MM /DD /YYYY

X _[signature]_
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City           State   ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
           MM /DD /YYYY

Debtor _____    Case number (if known)_____
      Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
      MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone _____    Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY